FILED _____ ENTERED
_____ LODGED _____ RECEIVED

## FOR THE DISTRICT OF MARYLAND

FEB 1 7 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

STANLEY AXEL, et al.,                    :
            Plaintiffs,

                                         :                              BY _____ DEPUTY

v.                                       :        **CIVIL NO. WMN-97-1614**

JOHN J. CALLAHAN, Acting                 :
Commissioner, SSA
            Defendant.                   :

...ooOoo...

### ORDER

Upon application by Plaintiffs herein to enlarge the time within which to file a Response to Defendant's Motion for Summary Judgment until March 13, 2000 and Defendant having no objection thereto, it is this  *16*ᵗʰ day of February, 2000,

ORDERED that the Plaintiffs' Response to the Defendant's Motion for Summary Judgment shall be filed on or before March 13, 2000.

William M. Nickerson
United States District Judge