IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STANLEY AXEL, *et al.*, :

      Plaintiffs, :

       :

v.                                  CIVIL NO: WMN-97-1614

       :

KENNETH S. APFEL,
COMMISSIONER, SSA :

      Defendant. :

...ooOoo...

**ORDER**

Upon application by Plaintiffs herein to enlarge the time within which to file a Response to Defendant's Motion for Summary Judgment until Tuesday, March 21, 2000 and Defendant having no objection thereto, it is this 13th day of March, 2000,

ORDERED that the Plaintiffs' Response to the Defendant's Motion for Summary Judgment shall be filed on or before March 21, 2000.

                                                              William M. Nickerson
                                                              United States District Judge