IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STANLEY AXEL, et al.,         :

      Plaintiffs,         :

                            :

v.                                        CIVIL NO: WMN-97-1614

                            :

KENNETH S. APFEL,
COMMISSIONER, SSA          :

      Defendant.         :

...ooOoo...

### ORDER

Upon application by Plaintiffs herein to enlarge the time within which to file a Response to Defendant's Motion for Summary Judgment until Thursday, March 23, 2000 and Defendant having no objection thereto, it is this 22nd day of March, 2000,

ORDERED that the Plaintiffs' Response to the Defendant's Motion for Summary Judgment shall be filed on or before March 23, 2000.

                                                      William M. Nickerson
                                                      United States District Judge

