IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STANLEY AXEL, *et al.* | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. WMN-97-1614 |
| KENNETH S. APFEL, Commissioner, Social Security Administration | : | |
| | : | |
| Defendant. | | |

...oo0oo...

### ORDER

Counsel for the Plaintiffs have moved this Court pursuant to the provisions of Federal Rule 6(b)(2) to enlarge the time within which to file the Plaintiff's Response to the Defendant's Motion for Summary Judgment. Defendant is not opposed to this motion. Accordingly, for the reasons stated in Plaintiffs' Motion, the time within which Plaintiffs' Response to the Defendant's Motion for Summary Judgment is to be filed, is enlarged until March 24, 2000.

William M. Nickerson  3/27/00
United States District Judge

