IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STANLEY AXEL, et al.,                  :

    Plaintiffs,                        :

v.                                     :    Civil No. WMN-97-1614

KENNETH S. APFEL, et al.,              :

    Defendants.                        :
                                       :

...oOo...

### CONSENT MOTION FOR EXTENSION OF TIME FOR REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The plaintiffs have opposed the defendant's motion for summary judgment. Competing demands on the schedules of defense counsel have prevented counsel from preparing a reply memorandum in accordance with the demands of the Local Rules. The defendant would respectfully request that the Court permit the filing of a reply memorandum up through and including April 28, 2000. It is anticipated that the reply memorandum will permit the Court to narrow the issue dramatically, if not completely, and ease the Court's consideration of the motion and opposition.

Counsel for the plaintiffs has graciously consented to this request.

WHEREFORE, the defendant respectfully requests that the Court permit the filing of a reply memorandum in support of the motion for summary judgment up through and

including April 28, 2000.

                        Respectfully submitted,

                        Lynne A. Battaglia
                        United States Attorney

By: _____
     Allen F. Loucks
     Assistant United States Attorney
     6625 United States Courthouse
     101 West Lombard Street
     Baltimore, Maryland 21201-2692
     410-209-4800


APPROVED and SO ORDERED this 10th day of April, 2000.

                        _____
                        William M. Nickerson
                        United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2000, a copy of the foregoing motion was mailed to Michael Marr, Esq., 7305 Belair Road, Baltimore, Maryland 21206.

_____
Allen F. Loucks
Assistant United States Attorney