IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STANLEY AXEL, et al.,** | : | |
| *Plaintiffs,* | : | |
| v. | : | Civil No. WMN-97-1614 |
| **KENNETH S. APFEL, et al.,** | : | |
| *Defendants.* | : | |
| | : | |

...oOo...

### MOTION FOR EXTENSION OF TIME
### FOR REPLY MEMORANDUM IN SUPPORT OF MOTION
### FOR SUMMARY JUDGMENT

NOW COMES the defendant, by the undersigned counsel, and moves for an extension of time for the filing of a reply memorandum up through and including May 15, 2000.

In support whereof, the defendant states:

1. The defendant's reply memorandum is presently due on April 28, 2000.

2. Competing demands of other matters on the schedule of counsel for the government have prevented the completion of the reply memorandum. The undersigned has made progress in that regard but has been unable to obtain one particular affidavit that would assist in the presentation of the arguments advanced in the reply memorandum.

3. The defendant respectfully submits that the reply memorandum will aid the Court's consideration of the motion and requests that the Court grant leave for the filing of the reply memorandum on or before May 15.

4. Counsel for the defendant endeavored to speak with plaintiffs' counsel about this request by telephone on April 27. Plaintiffs' counsel was not available. Based on previous discussions, however, the undersigned believes that plaintiffs' counsel would not oppose this request. Nor can the undersigned counsel for the defendant ascertain any unfair prejudice that would attend the granting of this motion.

WHEREFORE, the defendant respectfully requests that the Court permit the filing of a reply memorandum in support of the motion for summary judgment up through and including May 15, 2000.

Respectfully submitted,

Lynne A. Battaglia
United States Attorney


By: _____
Allen F. Loucks
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4800


APPROVED and SO ORDERED this 1st day of May, 2000.

_____
William M. Nickerson
United States District Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April 2000, a copy of the foregoing motion was sent by telefax to Michael Marr, Esq., 7305 Belair Road, Baltimore, Maryland 21206.

_____
Allen F. Loucks
Assistant United States Attorney