IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STANLEY AXEL, et al.,          :
                               :
v.                             :   Civil Action WMN-97-1614
                               :
KENNETH S. APFEL               :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 11th day of September 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion for Summary Judgment (Paper No. 42) is hereby GRANTED;

2. That Defendant's Motion to Strike (Paper No. 53) is hereby GRANTED;

3. That this case is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of

record.

　　　　　　　　　　　　　　　　　／s/ William M. Nickerson
　　　　　　　　　　　　　　　　　William M. Nickerson
　　　　　　　　　　　　　　　　　United States District Judge