IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STANLEY AXEL, et al.          :
                              :
v.                            :   Civil Action WMN-97-1614
                              :
KENNETH S. APFEL              :

### ORDER

Before the Court is Defendant's Motion for Review of Order of Costs (Paper No. 64). The motion is not opposed.

In his motion, Defendant requests the Court to amend the Order of the Clerk to allow the excluded deposition costs. The Clerk disallowed these costs on the basis that the persons were not parties in the case, were not persons called to testify at trial, and the depositions were not actually used in connection with the event that terminated the litigation. Defendant argues that the above is not the only criteria for allowing recovery of deposition costs. According to Defendant, the fact that the testimony provided by each of the deposed employees was used to "develop the defense in this case" is enough to warrant an award of those costs. The Court disagrees and affirms the Clerk's Order in all respects except as to the costs associated with the deposition of Sandy Crank. Mr. Crank's testimony was referred to by Defendant in its motion for summary judgment and was used by the Court in ruling on that motion.

Accordingly, IT IS this 4th day of December, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion for Review of Order of Costs is

granted in part and denied in part;

    2. That additional costs in the amount of $469.00 are hereby awarded in favor of Defendant;

    3. That the Clerk of the Court shall mail or transmit copies of this Order to Plaintiff and all counsel of record.

                                              */s/*
                                William M. Nickerson
                                United States District Judge