UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 4, 2005

No. 00-2435
CA-97-1614-WMN

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

STANLEY AXEL; JOEL CANFIELD; JOHN R. LOVE; JOHN W. OWEN, JR.; WILLIAM T. SHERIDAN

FEB 0 7 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Plaintiffs - Appellants

and

JOSEPH P. MURPHY

Plaintiff

v.

KENNETH S. APFEL, Commissioner of Social Security

Defendant - Appellee

and

JOHN J. CALLAHAN, Acting Commissioner

Defendant

---------------------
On Petition for Rehearing and Rehearing En Banc
---------------------

The Appellants' petition for rehearing and rehearing en banc was submitted to this Court. As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

As the panel considered the petition for rehearing and is of the opinion that it should be denied,

IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

Entered at the direction of Judge Widener, with the concurrence of Judge Luttig and Judge Motz.

For the Court,

/s/ Patricia S. Connor
_____
CLERK